UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAMANTHA SIMPSON, *on behalf of herself and others similarly situated*,

    Plaintiff,

v.

ADENA HEALTH SYSTEM,

    Defendant.

Civil Action 2:23-cv-2633
Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on parties' Joint Status Report, which the Court construes as a Motion to Continue Stay. (ECF No. 66.) Therein, the parties report that they have reached a settlement in principle and request that the Court continue the stay of the case. (*Id.*) For good cause shown, the parties' Motion is **GRANTED**. This case remains **STAYED** until July 31, 2025.

The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JULY 31, 2025**.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE