# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SAMANTHA SIMPSON**, on behalf of herself and others similarly situated, | : : : |
| Plaintiff, | : **CASE NO. 2:23-cv-2633** : |
| v. | : **MAGISTRATE JUDGE CHELSEY M.** : **VASCURA** |
| **ADENA HEALTH SYSTEM D/B/A ADENA MEDICAL CENTER**, | : : : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Samantha Simpson and Defendant Adena Health System *d/b/a* Adena Medical Center, by and through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear her or its own fees and costs except as otherwise agreed. The Parties agree that the Court will retain jurisdiction over the settlement concerning the dismissal. *Gilstrap v. Sushinati LLC*, 734 F. Supp. 3d 710, 714 (S.D. Ohio 2024) (further citation omitted).

Respectfully submitted,

| | |
|---|---|
| */s/ Adam C. Gedling* | */s/ Jill K. Bigler* |
| Matthew J.P. Coffman (0085586) | Jill K. Bigler (0083789) |
| Adam C. Gedling (0085256) | *Trial Attorney* |
| Tristan T. Akers (0102298) | James G. Petrie (0059446) |
| **COFFMAN LEGAL, LLC** | Christopher T. Page McGinnis (0099165) |
| 1550 Old Henderson Road | **EPSTEIN BECKER GREEN** |
| Suite #126 | 250 West Street, Suite 300 |
| Columbus, Ohio 43220 | Columbus, OH 43215 |
| Phone: 614-949-1181 | Phone: 614.872.2500 |
| Fax: 614-386-9964 | Facsimile: 614.633.1713 |
| Email: mcoffman@mcoffmanlegal.com | jpetrie@ebglaw.com |
| agedling@mcoffmanlegal.com | jbigler@ebglaw.com |
| takers@mcoffmanlegal.com | ctpage@ebglaw.com |
| | *Counsel for Defendant* |

*Counsel for Named Plaintiff and those similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2025 a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Adam C. Gedling*_____
Adam C. Gedling